IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DAMIEN M. BALARK,

   Petitioner,

  v.

JUDGE CHESBRO, et al.,

   Respondent.

CIVIL ACTION FILE
NO. 1:13-CV-232-TWT

ORDER

This is a pro se habeas corpus action. It is before the Court on the Report and Recommendation [Doc. 5] of the Magistrate Judge recommending dismissing the action under Younger v. Harris. The Petitioner's objections are without merit. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED. No Certificate of Appealability will be issued.

SO ORDERED, this 7 day of June, 2013.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge